**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

DAVID BUSBY                                                  PETITIONER

vs.                                        Civil Action No. 4:08-cv-131 HTW-LRA

MARGARET BINGHAM                                            RESPONDENT

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

This matter is before the court pursuant to the Report and Recommendation of

United States Magistrate Judge Linda R. Anderson which clearly notified the respective

parties in the above-styled and numbered cause that failure to file written objections to

the findings and recommendations contained therein within fourteen (14) days from the

date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this

court, finding that there has been no submission of written objections by any party,

hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 27th day of January, 2012.**


**s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**